■ LAURIE MILLS et al., Respondents, v BUFFALO GENERAL HOSPITAL et al., Appellants. [33 NYS3d 802]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia,

J.), entered April 13, 2015. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.